Form 3

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE _____, JUDGE

| | |
|---|---|
| IMPERIAL SUGAR COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>  Defendant. | Ct. No. 15-00118 |

## SUMMONS

TO: The Attorney General and the United States International Trade Commission:

  PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                /s/ Tina Potuto Kimble
                Clerk of the Court

---

1. The plaintiff is Imperial Sugar Company ("Imperial Sugar").  Plaintiff was an interested party in the contested administrative determination.  Plaintiff participated in the contested administrative proceeding through written submissions of factual information and legal argument.  Plaintiff therefore is a party to the proceeding and is entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(2)(B)(v).

2. Plaintiff contests the injurious effect determination regarding the agreements suspending the antidumping and countervailing duty investigations in Sugar from Mexico (Inv. Nos. 704-TA-1 and 734-TA-1 (Review)) by the International Trade Commission.

3. The Commission completed and filed its determination in these investigations on March 24, 2015.  The views of the Commission are contained in USITC Publication 4523 (April 2015), entitled *Sugar from Mexico, Inv. Nos. 704-TA-1 and 734-TA-1 (Review)*.

4. Notice of the Commission's final determination was published in the Federal Register on March 27, 2015 (80 Fed. Reg. 16426).

                                              /S/ Kristina Zissis
                                              Gregory J. Spak
                                              Kristina Zissis
                                              Ron Kendler
                                              WHITE AND CASE LLP
                                              701 Thirteenth Street, NW
                                              Washington, DC 20005
                                              (202) 626-3600

Date: April 24, 2015

## SERVICE OF SUMMONS BY THE CLERK
## IMPERIAL SUGAR COMPANY V. UNITED STATES
## CIT Court No. 15-00118

Pusuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

UPON THE UNITED STATES:

Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
National Courts Branch
26 Federal Plaza
New York, NY 10278

Commercial Litigation Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20530

UPON THE INTERNATIONAL TRADE COMMISSION:

The Honorable Lisa R. Barton
Office of the Secretary
U.S. International Trade Commission
500 E Street SW
Washington, DC 20436